**DISMISS and Opinion Filed June 28, 2013.**



# In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00774-CV

**GPA HOLDING, INC., Appellant**

**V.**

**BAYLOR HEALTH CARE SYSTEM, BAYLOR UNIVERSITY MEDICAL CENTER, BAYLOR MEDICAL CENTER - WAXAHACHIE, BAYLOR ALL SAINTS MEDICAL CENTER, BAYLOR HEART AND VASCULAR HOSPITAL, BAYLOR MEDICAL CENTER AT GARLAND, BAYLOR REGIONAL MEDICAL CENTER AT GRAPEVINE, BAYLOR MEDICAL CENTER - IRVING, TEXAS HEART HOSPITAL OF THE SOUTHWEST, LLP D/B/A THE HEART HOSPITAL BAYLOR PLANO, AND BAYLOR REGIONAL MEDICAL CENTER AT PLANO, Appellees**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-09099-M**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Evans
Opinion by Justice Myers

Before the Court is appellant's amended agreed motion to dismiss the appeal. Appellant

has informed the Court that the parties have settled their differences. Accordingly, we grant

appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

130774F.P05

/Lana Myers/
LANA MYERS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GPA HOLDING, INC., Appellant

No. 05-13-00774-CV V.

BAYLOR HEALTH CARE SYSTEM, BAYLOR UNIVERSITY MEDICAL CENTER, BAYLOR MEDICAL CENTER - WAXAHACHIE, BAYLOR ALL SAINTS MEDICAL CENTER, BAYLOR HEART AND VASCULAR HOSPITAL, BAYLOR MEDICAL CENTER AT GARLAND, BAYLOR REGIONAL MEDICAL CENTER AT GRAPEVINE, BAYLOR MEDICAL CENTER - IRVING, TEXAS HEART HOSPITAL OF THE SOUTHWEST, LLP D/B/A THE HEART HOSPITAL BAYLOR PLANO, AND BAYLOR REGIONAL MEDICAL CENTER AT PLANO, Appellees

On Appeal from the 298th Judicial District Court, Dallas County, Texas.
Trial Court Cause No. DC-10-09099-M.
Opinion delivered by Justice Myers.
Justices Lang and Evans, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellees, BAYLOR HEALTH CARE SYSTEM, BAYLOR UNIVERSITY MEDICAL CENTER, BAYLOR MEDICAL CENTER - WAXAHACHIE, BAYLOR ALL SAINTS MEDICAL CENTER, BAYLOR HEART AND VASCULAR HOSPITAL, BAYLOR MEDICAL CENTER AT GARLAND, BAYLOR REGIONAL MEDICAL CENTER AT GRAPEVINE, BAYLOR MEDICAL CENTER - IRVING, TEXAS HEART HOSPITAL OF THE SOUTHWEST, LLP D/B/A THE HEART HOSPITAL BAYLOR PLANO, AND BAYLOR REGIONAL MEDICAL CENTER AT PLANO, recover their costs of this appeal from appellant, GPA HOLDING, INC..

Judgment entered this 28th day of June, 2013.

/Lana Myers/
LANA MYERS
JUSTICE